**SHA-1 Hash:** DC01C9734D05EC1F58F0F17E72AB2F363F0017A4    **Title**   Lunchtime Fantasy
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.116.88.200 | 4/19/2012 3:01 | Turlock | CA | Charter Communications | BitTorrent |
| 2 | 68.185.67.16 | 5/14/2012 7:52 | Turlock | CA | Charter Communications | BitTorrent |
| 3 | 68.189.8.20 | 4/6/2012 10:05 | Riverbank | CA | Charter Communications | BitTorrent |
| 4 | 75.140.112.147 | 4/23/2012 23:01 | Redding | CA | Charter Communications | BitTorrent |
| 5 | 174.50.136.126 | 3/19/2012 21:21 | Madera | CA | Comcast Cable | BitTorrent |
| 6 | 24.10.43.103 | 5/4/2012 22:03 | Carmichael | CA | Comcast Cable | BitTorrent |
| 7 | 24.10.50.100 | 4/30/2012 6:02 | Madera | CA | Comcast Cable | BitTorrent |
| 8 | 24.10.56.84 | 5/15/2012 22:23 | Carmichael | CA | Comcast Cable | BitTorrent |
| 9 | 24.10.77.188 | 4/5/2012 18:22 | Rancho Cordova | CA | Comcast Cable | BitTorrent |
| 10 | 24.23.24.132 | 5/8/2012 1:44 | Sacramento | CA | Comcast Cable | BitTorrent |
| 11 | 24.23.41.227 | 3/20/2012 3:08 | Rio Linda | CA | Comcast Cable | BitTorrent |
| 12 | 24.23.61.115 | 5/4/2012 23:01 | Olivehurst | CA | Comcast Cable | BitTorrent |
| 13 | 24.7.130.65 | 5/17/2012 10:13 | Sacramento | CA | Comcast Cable | BitTorrent |
| 14 | 24.7.173.114 | 4/25/2012 6:34 | Sacramento | CA | Comcast Cable | BitTorrent |
| 15 | 67.181.130.173 | 3/31/2012 1:21 | Atwater | CA | Comcast Cable | BitTorrent |
| 16 | 67.181.238.129 | 3/20/2012 18:25 | Fresno | CA | Comcast Cable | BitTorrent |
| 17 | 67.182.0.234 | 5/9/2012 6:55 | Fresno | CA | Comcast Cable | BitTorrent |
| 18 | 67.187.137.74 | 5/16/2012 16:13 | Sonora | CA | Comcast Cable | BitTorrent |
| 19 | 67.187.170.69 | 4/11/2012 17:21 | Placerville | CA | Comcast Cable | BitTorrent |
| 20 | 71.195.115.53 | 3/23/2012 21:50 | Fresno | CA | Comcast Cable | BitTorrent |
| 21 | 76.105.15.50 | 5/17/2012 19:32 | Sacramento | CA | Comcast Cable | BitTorrent |
| 22 | 76.105.16.65 | 5/8/2012 7:09 | Roseville | CA | Comcast Cable | BitTorrent |
| 23 | 76.105.25.78 | 3/30/2012 11:18 | Merced | CA | Comcast Cable | BitTorrent |

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 24 | 76.20.34.18 | 5/16/2012 6:06 | Selma | CA | Comcast Cable | BitTorrent |
| 25 | 76.20.59.114 | 5/21/2012 15:11 | Sacramento | CA | Comcast Cable | BitTorrent |
| 26 | 76.20.59.60 | 5/6/2012 17:07 | Citrus Heights | CA | Comcast Cable | BitTorrent |
| 27 | 98.192.165.145 | 4/16/2012 20:30 | Fresno | CA | Comcast Cable | BitTorrent |
| 28 | 98.208.122.239 | 4/23/2012 10:52 | Orangevale | CA | Comcast Cable | BitTorrent |
| 29 | 98.224.105.95 | 3/21/2012 17:23 | Sanger | CA | Comcast Cable | BitTorrent |
| 30 | 98.224.108.132 | 3/19/2012 20:05 | Lemoore | CA | Comcast Cable | BitTorrent |
| 31 | 98.224.114.117 | 5/18/2012 6:51 | Reedley | CA | Comcast Cable | BitTorrent |
| 32 | 98.224.125.211 | 3/31/2012 22:02 | Hanford | CA | Comcast Cable | BitTorrent |
| 33 | 98.224.76.247 | 4/1/2012 7:43 | Fresno | CA | Comcast Cable | BitTorrent |
| 34 | 98.224.92.39 | 4/7/2012 15:53 | Lemoore | CA | Comcast Cable | BitTorrent |
| 35 | 98.238.194.17 | 4/12/2012 18:17 | Oroville | CA | Comcast Cable | BitTorrent |
| 36 | 98.238.217.189 | 4/23/2012 0:20 | Elk Grove | CA | Comcast Cable | BitTorrent |
| 37 | 98.239.112.250 | 3/23/2012 18:51 | Hanford | CA | Comcast Cable | BitTorrent |
| 38 | 98.242.10.200 | 4/12/2012 7:22 | Visalia | CA | Comcast Cable | BitTorrent |
| 39 | 98.242.42.184 | 3/19/2012 18:33 | Reedley | CA | Comcast Cable | BitTorrent |
| 40 | 98.242.6.73 | 3/22/2012 12:36 | Madera | CA | Comcast Cable | BitTorrent |
| 41 | 98.242.60.99 | 4/3/2012 0:26 | Lemoore | CA | Comcast Cable | BitTorrent |
| 42 | 98.255.4.193 | 3/23/2012 8:08 | Paradise | CA | Comcast Cable | BitTorrent |
| 43 | 98.255.78.154 | 3/29/2012 22:46 | North Highlands | CA | Comcast Cable | BitTorrent |
| 44 | 108.195.189.74 | 4/25/2012 3:37 | Grass Valley | CA | SBC Internet Services | BitTorrent |
| 45 | 108.201.86.78 | 4/30/2012 3:41 | Folsom | CA | SBC Internet Services | BitTorrent |
| 46 | 108.213.76.52 | 4/21/2012 4:37 | Davis | CA | SBC Internet Services | BitTorrent |
| 47 | 108.226.194.130 | 4/25/2012 8:13 | Bakersfield | CA | SBC Internet Services | BitTorrent |
| 48 | 108.236.152.170 | 4/30/2012 1:51 | Fresno | CA | SBC Internet Services | BitTorrent |

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 49 | 108.237.245.187 | 4/27/2012 23:00 | Stockton | CA | SBC Internet Services | BitTorrent |
| 50 | 108.83.173.54 | 4/26/2012 4:59 | Bakersfield | CA | SBC Internet Services | BitTorrent |
| 51 | 75.26.21.74 | 4/21/2012 18:45 | Sacramento | CA | SBC Internet Services | BitTorrent |
| 52 | 75.48.0.13 | 5/3/2012 20:56 | Sacramento | CA | SBC Internet Services | BitTorrent |
| 53 | 75.53.169.194 | 4/15/2012 3:44 | Sacramento | CA | SBC Internet Services | BitTorrent |
| 54 | 76.232.111.83 | 4/18/2012 4:02 | Bakersfield | CA | SBC Internet Services | BitTorrent |
| 55 | 76.234.74.102 | 4/27/2012 7:18 | Chico | CA | SBC Internet Services | BitTorrent |
| 56 | 76.234.74.43 | 5/1/2012 18:18 | Chico | CA | SBC Internet Services | BitTorrent |
| 57 | 76.244.83.33 | 4/25/2012 23:42 | Stockton | CA | SBC Internet Services | BitTorrent |
| 58 | 99.110.80.190 | 4/16/2012 2:27 | Selma | CA | SBC Internet Services | BitTorrent |
| 59 | 64.113.100.126 | 5/23/2012 13:05 | Roseville | CA | SureWest Broadband | BitTorrent |