1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company, | Case No. 1:12-cv-00888-AWI-DLB |
| Plaintiff, | **ORDER RESETTING HEARING DATES** |
| v. | |
| JOHN DOES 1 through 59, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Resetting Hearing Dates

1    In light of the parties' scheduling conflicts, the Court resets the hearings on

2  the following Motions:

3    Docket No. – Motion to Quash, Sever, Dismiss Subpoena

4    Docket No. 8 – Defendant's Motion to Quash Amending Order

5    Docket No. 10 – Defendants' Motion for Protective Order

6  The Motions will be heard on September 21, 2012 at 9:00 a.m. in Courtroom 9

7  before Magistrate Judge Dennis L. Beck.  Opposition briefs are due by September 7,

8  2012, and reply briefs are due by September 14.

9
10  IT IS SO ORDERED.

11    Dated:  __**July 30, 2012**__                    _____/s/ *Dennis L. Beck*

12                                   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                               1