1   Leemore Kushner (SBN 221969)
    KUSHNER LAW GROUP
2   801 North Citrus Avenue
    Los Angeles, California 90038
3   Telephone:  (323) 515-7894
    Facsimile:  (323) 544-8170
4   Email: lkushner@kushnerlawgroup.com

5   Attorneys for Plaintiff Malibu Media, LLC

6

7

8                   **UNITED STATES DISTRICT COURT**

9               **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   MALIBU MEDIA, LLC, a California          Case No. 1:12-cv-00888-AWI-DLB
     limited liability company,
12                                            **DECLARATION OF LEEMORE
                                              KUSHNER IN SUPPORT OF
13          Plaintiff,                        PLAINTIFF'S OPPOSITION TO
                                              DOE 25'S MOTION THAT THE
14          v.                                COURT: (1) RECONSIDER ITS
                                              ORDER GRANTING EARLY
15   JOHN DOES 1 through 59,                  DISCOVERY; (2) SEVER ALL
                                              JOHN DOS OTHER THAN JOHN
16          Defendants.                       DOE NO. 1; (3) QUASH
                                              OUTSTANDING SUBPOENAS;
17                                            AND (4) ENTER A PROTECTIVE
                                              ORDER**

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF LEEMORE KUSHNER**

I, Leemore Kushner, declare as follows:

1.  I am an attorney duly admitted to practice before this Court.  I am a principal in the law firm Kushner Law Group, attorneys of record for Plaintiff Malibu Media, LLC.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe that they are true.  If called as a witness, I could and would competently testify to the matters stated herein.  I make this declaration in support Plaintiff's Opposition to Doe 9's Motion to Quash.

2.  I did not receive any communication whatsoever, including a telephone call, email or letter, from Doe 25 or his or her counsel attempting to meet and confer with me regarding the subject of Doe 25's motion to quash.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 7, 2012, at Los Angeles, California.

_____
Leemore Kushner

Declaration of Leemore Kushner in Support of Opposition to Doe 25's Motion to Reconsider