Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for John Does 14 & 32

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-59<br><br>    Defendants. | Case No. 1:12-CV-00888-AWI-DLB<br><br>**ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY**<br><br>Hearing Date: September 21, 2012<br>Hearing Time: 9:00 a.m.<br>Courtroom 9 |

**ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE**

The account-holders associated with IP addresses 24.7.173.114 & 98.224.125.211, through undersigned counsel, pursuant to local rules hereby requests this Court's permission to allow Nicholas Ranallo to appear by telephone at the upcoming hearing on Plaintiff's upcoming Motion for Protective Order/Motion to Sever. This request is based on the fact that Mr. Ranallo's office is located in Santa Cruz County and the burden of travel is significant.

Mr. Ranallo can be reached at (831) 703-4011.

//

//

//

Respectfully Submitted,

DATED: September 13, 2012        NICHOLAS RANALLO, ATTORNEY AT LAW

By: _____/s/ Nicholas Ranallo
Nicholas Ranallo (Cal Bar # 275016)
Attorney for Account Holder (IP addresses 24.7.173.114 & 98.224.125.211)
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
Fax: (831) 533-5073
nick@ranallolawoffice.com

**<u>CERTIFICATE OF SERVICE</u>**

THE UNDERSIGNED HEREBY CERTIFIES that on this 13th day of September, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/            Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law