Zachary R. Rayo (SBN 230152)
Rayo Law Offices, P.C.
2151 Salvio St., Ste 399
Concord, CA 94520
Tel.: (925) 288-1889
Fax: (925) 288-1890
Email: info@rayolawfirm.com

Attorney for Person Alleged to be John Doe No. 25

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOES 1 through 59,<br><br>    Defendants. | Case No. 1:12-cv-00888-AWI-DLB<br><br>**REQUEST FOR LEAVE TO APPEAR BY TELEPHONE**<br><br>Hearing Date: September 21, 2012<br>Hearing Time: 9:00 a.m.<br>Hearing Room: Courtroom 9 |

## REQUEST FOR LEAVE TO APPEAR BY TELEPHONE

John Doe No. 25, through undersigned counsel, pursuant to local rules of court, hereby requests this Court's permission to allow Zachary R. Rayo to appear by telephone at the hearing on JOHN DOE 25's MOTION THAT THE COURT: (1) RECONSIDER ITS ORDER GRANTING EARLY DISCOVERY; (2) SEVER ALL JOHN DOES OTHER THAN JOHN DOE NO. 1; (3) QUASH OUTSTANDING SUBPOENAS; AND (4) ENTER A PROTECTIVE ORDER; the OPPOSITION filed by Malibu Media LLC; and any REPLY filed on behalf of John Doe No. 25.

This request is based on the distance of Mr. Rayo's offices (in Concord and Pleasanton, California) from the court's location in Fresno, which makes travel expensive and burdensome. Moreover, this request is based on Courtroom 9's policy to encourage attorneys that are distant from Fresno to appear telephonically.

Mr. Rayo can be reached at (916) 668-9606 (or alternatively, at (925) 288-1889).

Respectfully submitted, September 13, 2012,

| | |
|---|---|
| */s/ Zachary R. Rayo* | |
| Zachary R. Rayo (SBN 230152)<br>Rayo Law Offices, P.C.<br>2151 Salvio St., Ste 399<br>Concord, CA 94520<br>Tel.: (925) 288-1889<br>Fax: (925) 288-1890<br>Email: info@rayolawfirm.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

*/s/ Zachary R. Rayo*

Zachary R. Rayo