Zachary R. Rayo (SBN 230152)
Rayo Law Offices, P.C.
2151 Salvio St., Ste 399
Concord, CA 94520
Tel.: (925) 288-1889
Fax: (925) 288-1890
Email: info@rayolawfirm.com

Attorney for Person Alleged to be John Doe No. 25

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>     Plaintiff,<br><br>     v.<br><br>JOHN DOES 1 through 59,<br><br>     Defendants. | Case No. 1:12-cv-00888-AWI-DLB<br><br>**[Proposed] ORDER RE REQUEST FOR LEAVE TO APPEAR BY TELEPHONE**<br><br>Hearing Date: September 21, 2012<br>Hearing Time: 9:00 a.m.<br>Hearing Room: Courtroom 9 |

**ORDER RE REQUEST FOR LEAVE TO APPEAR BY TELEPHONE**

The court has reviewed the request of Zachary R. Rayo, Esq. to appear by telephone at the hearing on JOHN DOE 25's MOTION THAT THE COURT: (1) RECONSIDER ITS ORDER GRANTING EARLY DISCOVERY; (2) SEVER ALL JOHN DOES OTHER THAN JOHN DOE NO. 1; (3) QUASH OUTSTANDING SUBPOENAS; AND (4) ENTER A PROTECTIVE ORDER; the OPPOSITION filed by Malibu Media LLC; and REPLY filed on behalf of John Doe No. 25.

In light of the reasons set forth in the request, the court GRANTS this request. Per Standing Order, Mr. Rayo will be available during the relevant times at (916) 668-9606 (or alternatively, at (925) 288-1889).

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

*/s/ Zachary R. Rayo*
Zachary R. Rayo