UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN DOES 1 through 32,<br><br>          Defendants._____/ | No. 1:12-cv-00886-AWI-MJS<br><br>**RELATED CASE ORDER** |
| MALIBU MEDIA, LLC, a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN DOES 1 through 59,<br><br>          Defendants._____/ | No. 1:12-cv-00888-AWI-DLB |
| MALIBU MEDIA, LLC, a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN DOES 1 through 48,<br><br>          Defendants._____/ | No. 2:12-cv-01255-JAM-DAD |

1

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  MALIBU MEDIA, LLC, a California
    corporation,                              No. 2:12-cv-01260-MCE-JFM
 2
              Plaintiff,
 3
         v.
 4
    JOHN DOES 1 through 13,
 5
              Defendants.
 6  _____/
    MALIBU MEDIA, LLC, a California
 7  corporation,                              No. 2:12-cv-01261-JAM-EFB

 8            Plaintiff,

 9       v.

10  JOHN DOES 1 through 12,

11            Defendants.
    _____/
12  MALIBU MEDIA, LLC, a California
    corporation,                              No. 2:12-cv-01262-KJM-JFM
13
              Plaintiff,
14
         v.
15
    JOHN DOES 1 through 64,
16
              Defendants.
17  _____/

18  MALIBU MEDIA, LLC, a California          No. 2:12-cv-01459-GEB-CKD
    corporation,
19
              Plaintiff,
20
         v.
21
    JOHN DOES 1 through 7,
22
              Defendants.
23  _____/
    MALIBU MEDIA, LLC, a California
24  corporation,                              No. 2:12-cv-01513-MCE-KJN

25            Plaintiff,

26       v.

27  JOHN DOES 1 through 13,

28            Defendants.
    _____/
```

2

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  ────────────────────────────────
    MALIBU MEDIA, LLC, a California      No. 2:12-cv-01514-LKK-EFB
 2  corporation,
 3           Plaintiff,
 4       v.
 5  JOHN DOES 1 through 7,
 6           Defendants.
                                     /
 7  ────────────────────────────────
    MALIBU MEDIA, LLC, a California      No. 2:12-cv-02007-JAM-EFB
 8  corporation,
 9           Plaintiff,
10       v.
11  JOHN DOES 1 through 13,
12           Defendants.
                                     /
13  ────────────────────────────────
```

14       Examination of the above-entitled actions reveals that these
15  actions are related within the meaning of Local Rule 123 (E.D. Cal.
16  2005). Accordingly, the assignment of the matters to the same judge
17  and magistrate judge is likely to affect a substantial savings of
18  judicial effort and is also likely to be convenient for the parties.
19       The parties should be aware that relating the cases under
20  Local Rule 123 merely has the result that these actions are
21  assigned to the same judge and magistrate judge; no consolidation
22  of the actions is effected.  Under the regular practice of this
23  court, related cases are generally assigned to the judge and
24  magistrate judge to whom the first filed action was assigned.
25       IT IS THEREFORE ORDERED that the Magistrate Judge assignment
26  in the actions denominated 2:12-CV-01261 JAM-EFB and 2:12-CV-02007-
27  JAM-EFB be reassigned to Magistrate Judge Dale A. Drozd for all
28  further proceedings.  Henceforth, the caption on documents filed in

3

PDF created with pdfFactory trial version www.pdffactory.com

1  the reassigned cases shall be shown as 2:12-CV-01261 JAM-DAD and
2  2:12-CV-02007-JAM-DAD.
3       IT IS THEREFORE ORDERED that the two Fresno actions
4  denominated 1:12-CV-00886 AWI-MJS and 1:12-CV-00888 AWI-DLB be
5  reassigned to Judge John A. Mendez and Magistrate Judge Dale A.
6  Drozd for all further proceedings.  Henceforth, the clerk is
7  directed to transfer the two Fresno cases and open two new cases in
8  Sacramento and directly assign to Judge John A. Mendez and
9  Magistrate Judge Dale A. Drozd.  The caption on documents filed in
10 the transferred cases shall be converted from 1:12-CV-886 AWI-MJS
11 to 2:12-CV-2480 JAM-DAD and 1:12-CV-888 AWI-DLB to 2:12-CV-2481
12 JAM-DAD.
13      IT IS THEREFORE ORDERED that the actions denominated 2:12-CV-
14 01260 MCE-JFM, 2:12-CV-01262 KJM-JFM, 2:12-CV-01459 GEB-CKD, 2:12-
15 CV-01513 MCE-KJN, and 2:12-CV-01514 LKK-EFB be reassigned to Judge
16 John A. Mendez and Magistrate Judge Dale A. Drozd for all further
17 proceedings, and any dates currently set in these reassigned cases
18 only are hereby VACATED.  Henceforth, the caption on documents
19 filed in the reassigned cases shall be shown as 2:12-CV-00886 JAM-
20 DAD, 2:12-CV-00888 JAM-DAD, 2:12-CV-01260 JAM-DAD, 2:12-CV-01262
21 JAM-DAD, 2:12-CV-01459 JAM-DAD, 2:12-CV-01513 JAM-DAD, and 2:12-CV-
22 01514 JAM-DAD.
23      IT IS FURTHER ORDERED that the Clerk of the Court make
24 appropriate adjustments in the assignment of civil cases to
25 compensate for this reassignment.
26      IT IS SO ORDERED.
27 Dated:  10/2/2012                 /s/ John A. Mendez_____
                                     JOHN A. MENDEZ
28                                   United States District Judge

4

PDF created with pdfFactory trial version www.pdffactory.com